Michael W. Walker, Kansas City, for appellant.

John Ashcroft, Atty. Gen., Jefferson City, Robert L. Swearingen, Asst. Atty. Gen., for respondent.

Before TURNAGE, C.J., and DIXON and CLARK, JJ.

### ORDER

PER CURIAM:

Appeal from denial of relief under a Rule 27.26 motion after evidentiary hearing.

Affirmed. Rule 84.16(b).

Before SHANGLER, P.J., and SOMERVILLE and CLARK, JJ.

### ORDER

PER CURIAM.

The preliminary rule in prohibition hereinbefore issued is made absolute. The respondent is directed to sustain the application for change of judge in the case *State v. McAlester,* Number CV82–12829, now pending before him in the Circuit Court of Jackson County, Missouri, as provided by Rule 51.05(e)(2).

**STATE ex rel. Alphonso E. McALESTER, Relator,**

v.

**The Honorable William J. PETERS, Judge of Circuit Court of Jackson County, Missouri, Sixteenth Judicial Circuit, Division Sixteen, Respondent.**

**No. WD 35441.**

Missouri Court of Appeals, Western District.

April 3, 1984.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied May 29, 1984.

Application to Transfer Denied July 17, 1984.

Joseph H. Locascio, Sp. Public Defender, Kansas City, John M. Torrence, Asst. Sp. Public Defender, for relator.

Albert A. Riederer, Pros. Atty., Robert Frager, Asst. Pros. Atty., Kansas City, for respondent.

**STATE of Missouri, Respondent,**

v.

**Omar Ray BURNS, Appellant.**

**No. WD 34595.**

Missouri Court of Appeals, Western District.

April 10, 1984.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied May 29, 1984.

Application to Transfer Denied July 17, 1984.

